UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
EDUARDO RODRIGUEZ, *individually and on behalf of others similarly situated,*

                               *Plaintiff,*
                      v.

4 CAMINOS MEXICAN RESTAURANT, CORP.
    d/b/a 4 Caminos,
ADELA GARCIA VARGAS ,
PEDRO CHAUCA ,
FRANCISCO COYOTL ,
KARIN CHAUCA ,
NANDO GRANDE,
ALDO LANDO RAMIREZ,
JONNY R. CAJAHUARINGA , and
CATHERINE R. CAJAHUARINGA
              Defendants.
-------------------------------------------------------------

Case No. 20-cv-02975

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

    IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys Tiffany Troy for Plaintiff and Miguel Torrellas for Defendants that Plaintiff's claims in the First Amended Complaint are hereby dismissed without prejudice in their entirety without any prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

By: /s/ Tiffany Troy
Tiffany Troy
TROY LAW, PLLC
41-25 Kissena Boulevard, Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
Email: johntroy@troypllc.com
*Attorney for Plaintiff*

By: _____
Miguel A. Torellas
TORELLAS LAW OFFICES, PLLC
P.O. Box 570420
Whitestone, NY 11357
Tel: (212)967-1001
Email: mtorrellas@torrellaslaw.com
*Attorney for Defendants*

**SO ORDERED:** So Ordered: /s/
                    Kiyo A. Matsumoto, USDJ
                    2.7.2023

                                                        **The Hon. James R. Cho**
                                                         **U.S. Magistrate Judge**

Dated: